IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:24-cv-01189-PAB-SBP

_____

VIDEOTAPED DEPOSITION OF HAL S. EDWARDS

EXAMINATION DATE:   JUNE 10, 2025

_____

HAL EDWARDS,

Plaintiff,

v.

CITY OF LEADVILLE,

Defendant.

_____

PURSUANT TO NOTICE, the videotaped deposition of HAL S. EDWARDS was taken at 8:59 a.m. on June 10, 2025, at 1700 Lincoln Street, Suite 4500, Denver, Colorado 80203 before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said videotaped deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo

Registered Professional Reporter

Defendant's Response to Motion to Exclude DeBoer Exhibit 4

192

Q    Were you given a reason why you were not selected?

A    I got a little further along this time.  I got an interview, and then a few weeks later they sent me the same boilerplate email that I got the first time.

Q    So just another candidate was a better fit, in essence?

A    In essence.

Q    Okay.  All right.  In Exhibit 34, looking at your supplemental answer, that's where I was just getting some of that information about your application to Vail Health in April of 2025.  You also state that you also searched local government websites for relevant positions and networked with acquaintances.  Which local government websites did you search for relevant positions?

A    Summit, Eagle County; mostly Summit.  Eagle is kind of far away from where I live.

Q    And what positions do you consider to be relevant positions?

A    I mean, obviously anything related to law enforcement would be the things I would be most qualified for.

Q    Have you sought employment with any other railroads, for example, that, you know, because you have

Defendant's Response to Motion to Exclude DeBoer Exhibit 4

193

a history of working on the railroad as well?

A    No.

Q    Why is that?

A    If I -- if I go back to work for a railroad, then I will lose my -- I will stop getting paid my railroad retirement.

Q    I see.  So you also have a pension through the railroad retirement system?

A    Yes, I do.

Q    Other than law enforcement positions with either Summit or, I think you said Eagle County, do you consider any other local government positions to be relevant to your experience?

A    No.

Q    Have you applied for any law enforcement position since separating from the City of Leadville in February of 2023?

A    Just this -- just the DA investigator position.

Q    So other than that one, no?

A    No.

Q    All right.  And you said Eagle County is a little bit far from where you live.  If you were to commute to Eagle County, how far would it be?

A    Mileage, you're looking at least 50 to 60 miles one way, and then in time --

Defendant's Response to Motion to Exclude DeBoer Exhibit 4

194

MS. KING:  Depending on the weather.

A     Yes, that depends on the weather.  It could take days to get there in the wintertime.

Q     (By Ms. Pratt)  And Summit County is closer?

A     It's an easier drive, and it's closer, yes.

Q     Other than Summit County and Eagle County, have you searched any other local government websites, such as municipal websites?

A     No.

Q     So, for example, the City of Vail, that's -- or the Town of Vail, that's within Summit County, correct?

A     Is Vail Eagle or Summit?  I think it is Summit. Yes, it would be.

Q     Okay.  Have you searched, you know, the Town of Vail's website, for example?

A     I think I have in the past, yes.

Q     When was the last time you did that?

A     I don't recall the exact date and time.

Q     But I take it you have never applied for any position with the Town of Vail?

A     No, I haven't.

Q     To your knowledge, what are some of the other towns and cities within Summit County?

A     Well, there's Breckenridge, there's Frisco, there's Silverthorne, there's Dillon.

Stormo Reporting, Inc.  (303) 200-4792
Defendant's Response to Motion to Exclude DeBoer Exhibit 4

195

Q    Have you applied -- well, first off, have you looked for any jobs in Breckenridge, Frisco, Silverthorne, or Dillon?

A    Not all of those places, no.

Q    Why not?

A    Breckenridge is a difficult drive from my house.

Q    What about Frisco?

A    I may have.  I don't recall every single place that I've looked for work.

Q    Have you ever applied for a job in Frisco?

A    Yes, I did.

Q    Which one?

A    This is -- this is a while back, but I applied to be a community service officer.

Q    When you say "a while back," what year?

A    2019, 20- -- yes, maybe 2019.

Q    Oh, okay.  But prior to your employment at the City of Leadville?

A    That was before that.

Q    Since being employed by the City of Leadville, have you ever reapplied for any position with Frisco?

A    No, not -- no.

Q    What was the outcome of your application to be a CSO at Frisco?

Defendant's Response to Motion to Exclude DeBoer Exhibit 4

196

A    I didn't get hired.

Q    You did not?

A    I did not.

Q    Okay.  Do you know why?

A    I have no idea.

Q    Have you ever applied for a job with the City of Silverthorne?

A    No.

Q    Either before or after your time with Leadville?

A    No.

Q    Okay.  Have you at any time applied for a job with the Town of Dillon?

A    No.

MS. KING:  It looks like you have the verifications in the discovery responses, and here is the Bates numbers for the Complaint.

MS. PRATT:  Okay.  Thanks.  We've been going another hour and 20.  I suggest we take maybe a ten-minute break.  Is that okay with you?

THE DEPONENT:  Okay.  So we're going to be over in an hour and 20?  The reason I'm asking is because I have to get a ride.

MS. PRATT:  Oh.  All right.  What is -- well, we have been going about another hour and 20 minutes is

Defendant's Response to Motion to Exclude DeBoer Exhibit 4

311

CERTIFICATE

STATE OF COLORADO       )
                        )  ss.
COUNTY OF DOUGLAS       )


        I, Nathan Stormo, Registered Professional
Reporter and Notary Public in and for the State of
Colorado, duly appointed to take the videotaped
deposition of HAL S. EDWARDS, certify that prior to the
examination the deponent was duly sworn to testify to
the truth in the matters in controversy between the
parties herein; that the videotaped deposition was taken
in shorthand by me at the time and place aforesaid and
was thereafter reduced to typewritten form by me and
processed under my supervision, the same consisting of
310 pages, and that the same is a full, true and
complete transcription of my shorthand notes.  I further
certify that I am not related to, employed by, nor
counsel to any of the parties herein, nor otherwise
interested in the events of the within cause.


        A transcript review of this videotaped deposition
was requested and is available to the deponent as
notified by me.


        IN WITNESS WHEREOF, I have affixed my notarial
seal this 23rd day of June, 2025.  My commission expires
November 20, 2025.


                _____
                        Nathan Stormo
                Registered Professional Reporter


Stormo Reporting, Inc.  (303) 200-4792